# CLERK'S MINUTE SHEET

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar

Initial Appearance (Revocation)

| | | | |
|---|---|---|---|
| Case Number: | 20cr1224 JB | UNITED STATES vs. Mock | |
| Hearing Date: | 3/23/2023 | Time In and Out: | 9:44-9:50 |
| Courtroom Deputy: | E. Hernandez | Courtroom: | Rio Grande |
| Defendant: | Daniel Logan Mock | Defendant's Counsel: | Daniel Snyder for initial purposes only |
| AUSA: | Paul Spiers | Pretrial/Probation: | K. Coppin |
| Interpreter: | N/A | Witness: | |

| | | | |
|---|---|---|---|
| **Initial Appearance** | | | |
| ☒ | Defendant received a copy of charging document | | |
| ☒ | Court advises defendant(s) of possible penalties and all constitutional rights | | |
| ☒ | Defendant would like Court appointed counsel | | |
| ☒ | Government moves to detain | ☐ | Government does not recommend detention |
| ☒ | Set for Preliminary Revocation/Detention Hearing | on Monday, March 27, 2023 | @ 9:30 |
| **Preliminary/Show Cause/Identity** | | | |
| ☐ | Defendant | | |
| ☐ | Court finds | ☐ | Court does not find probable cause |
| **Detention** | | | |
| ☐ | Defendant waives right to contest detention | | |
| ☐ | | | |
| **Custody Status** | | | |
| ☒ | Defendant remanded to the custody of United States Marshal's Service | | |
| ☐ | Conditions | | |
| **Other** | | | |
| ☐ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver | | |
| ☒ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. | | |
| ☐ | Matter referred to for Final Revocation Hearing | | |
| ☐ | | | |