**IN THE DISTRICT COURT OF THE UNITED STATES**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 20 CR 1224 JB

v.

DANIEL MOCK,

Defendant.

**UNOPPOSED MOTION TO CONTINUE DETENTION AND PRELIMINARY REVOCATION HEARING**

Defendant Daniel Mock through his counsel, Megan K. Mitsunaga, moves this Honorable Court to continue the Detention and Preliminary Revocation Hearing set on March 27, 2023. In support, Defendant Daniel Mock states as follows:

1. On March 23, 2023 Defendant Daniel Mock made his initial appearance on the Petition to Revoke Supervised Release.

2. Mr. Mock is scheduled to appear on March 27, 2023 at 9:30 am for his Detention and Preliminary Revocation Hearing. Counsel for Defendant is unavailable on that date and requests this hearing be continued to the next available date.

3. Assistant United States Attorney Jaymie Roybal was contacted concerning the relief requested herein and indicated no objection thereto.

WHEREFORE, based on the information and reasons described above, Defendant Daniel Mock requests this matter be continued from the setting on March 27, 2023.

Respectfully submitted:

**Electronically filed**

__/s/ Megan Mitsunaga_____________
Megan K. Mitsunaga
518 Slate Ave NW

Albuquerque, NM 87102
(505) 280-9548
(505) 219-1751 fax
mitsunagalaw@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 23rd of March, 2023 I filed the foregoing electronically through the CM/ECF system, which caused all counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/S/ Megan Mitsunaga
Megan K. Mitsunaga
Attorney for Defendant