FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

**IN THE DISTRICT COURT OF THE UNITED STATES**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 20 CR 1224 JB

v.

DANIEL MOCK,

Defendant.

ORDER TO CONTINUE DETENTION AND PRELIMINARY REVOCATION HEARING

THIS MATTER is before the Court on Defendant Daniel Mock's Unopposed Motion to Continue Detention and Preliminary Revocation Hearing. There being good cause shown by the Defendant and there being no objection by the government, the Court finds the motion is well-taken and should be granted.

IT IS HEREBY ORDERED that the Detention and Preliminary Revocation Hearing in this matter currently scheduled for March 27, 2023 is continued and will be rescheduled for _March 28_, 2023.

United States Magistrate Judge

Prepared and submitted by:
Megan Mitsunaga
Counsel for Defendant