AO 442 (Rev. 08/14) Arrest Warrant

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

**UNITED STATES DISTRICT C[OURT]**
**for the**
**District of New Mexico**

ALBUQ... 2023 J...

UNITED STATES OF AMERICA )
v. )
)
Daniel Logan Mock )
*Defendant* )

Case No. 1084 1:20CR01224- 001JB

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay (name of person to be arrested) Daniel Logan Mock

Also Known As: Mock, Daniel Mo
Also Known As: Doe, John

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows: Incurred new criminal charges and failed to refrain from the use of illicit substances.

Date: 1/30/23

B. Allen
*Issuing Officer's signature*

City and state: Albuquerque, NM

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

**Return**

This warrant was received on ( date ) 1/30/2023, and the person was arrested on ( date ) 3/22/2023
at ( city and state ) Albuquerque, NM.

Date: 3/22/2023

[signature]
*Arresting officer's signature*

Mark Strange DUSM
*Printed name and title*