AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 28 2023

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

United States of America
v.
Daniel Logan Mock
*Defendant*

Case No. 20 cr 1224 -001 JB

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 3/28/2023

[signature]
*Defendant's signature*

[signature]
*Signature of defendant's attorney*

Megan Mitsunaga 21780
*Printed name and bar number of defendant's attorney*

518 Slate NW ABQ 87102
*Address of defendant's attorney*

mitsunagalaw@gmail.com
*E-mail address of defendant's attorney*

(505) 280-9548
*Telephone number of defendant's attorney*

(505) 219-1751
*FAX number of defendant's attorney*