UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO

# VIOLATION OF SUPERVISION PROCEEDINGS
# MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | 20-1224 JB | USA vs.: | Mock |
| Date: | 5/22/2023 | Name of Deft: | Daniel Logan Mock |

Before the Honorable James O. Browning

| | | | | | | |
|---|---|---|---|---|---|---|
| Time In/Out: | 2:22 pm – 2:58 pm | Total Time in Court **(for JS10):** | 36 Minutes | | | |
| Clerk: | L. Rotonda | Court Reporter: | P. Baca | | | |
| AUSA: | Jaymie Roybal | Defendant's Counsel: | Joel Meyers (appointed) | | | |
| VSR in: | Albuquerque | Interpreter: | N/A | | | |
| Probation Officer: | Angie Escobedo | Sworn? | | Yes | | No |

## ADMISSION OR DENIAL OF PETITION'S ALLEGATIONS

| | |
|---|---|
| x | Defendant sworn |
| x | Court advises Defendant of his/her rights |
| x | Court advises/confirms Defendant is aware of charges and possible penalty |
| x | Defendant admits MC (second); MC (first) dismissed by AUSA |
| x | Court finds violations occurred |
| x | Court proceeds to sentencing on violations |

| | | | | | |
|---|---|---|---|---|---|
| **SENTENCE IMPOSED** | Imprisonment (BOP): 6 months | | | | |
| Supervised Release: | (not reimposed) | Probation: | | | 500-Hour Drug Program |

## SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ____ months ____ days |
| | Comply with ICE laws and regulation | | Community service for ____ months ____ days |
| | Participate in/successfully complete substance abuse program | | Reside halfway house ____ months |
| | Participate in/successfully complete mental health program | | Register as sex offender |
| | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| | Submit to search of person/property | | Possess no sexual material |
| | No contact with victim(s) and/or co-defendant(s) | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Waive right of confidentiality and allow the treatment provider to release treatment records | | Restricted from occupation with access to children |
| | No new credit charges | | No loitering within 100 feet of school yards |
| | Reside at/complete Residential Reentry Center | | Consent to USPO conducting periodic exam of computer |
| | Attend education/vocational training | | Consent to USPO installing monitoring hardware |
| | Must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning, whether or not intended for human consumption. | | No loitering within 100 feet of school yards |
| | Must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia, as defined in 21 U.S.C. 863(d). | | If defendant is unemployed - Must participate in an educational or vocational services program and follow the rules and regulations of that program |
| | OTHER: | | |

| | | | |
|---|---|---|---|
| x | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| x | Remanded to custody of USM | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |

| | |
|---|---|
| OTHER COMMENTS: | Court calls case, counsel enter appearances. Court addresses Defendant, reviews underlying factual allegations related to violations of conditions of supervised release; Defendant confirms understanding of instant charges. USPO advises that revocation is not mandatory in present matter. Court reviews applicable sentencing parameters. Defense Counsel advises the Court that the parties have agreed that if Defendant admits to second MC, the first alleged violation will be dismissed. Court queries counsel regarding reasons for which the case was dismissed. Defense Counsel responds to Court's queries. AUSA confirms agreement as to same. Court queries AUSA regarding additional potential charges, AUSA responds to same. Court queries USPO regarding how proposed agreement would impact guideline range. USPO Escobedo responds to same. Defendant sworn in. Court advises Defendant of rights. Court advises Defendant of rights. Defendant admits as to alleged violations, Defense Counsel concurs as to same. AUSA declines to present further factual basis as to alleged violations. Court accepts plea, finds that violation of supervised release has occurred. Defense Counsel addresses Court regarding requested sentence. Defendant allocutes. AUSA addresses Court regarding government's position as to appropriate disposition of matter. Court confers with USPO (off the record). Court states proposed sentence. Counsel confirm no further comment or argument. Court orders sentence imposed as stated. |